**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Timothy RINEHART, Defendant–**
**Appellant.**

No. 05–41593.

United States Court of Appeals,
Fifth Circuit.

May 9, 2006.

Alan Reeve Jackson, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

Amy R. Blalock, Assistant Federal Public Defender, Wayne R. Dickey, Assistant Federal Public Defender, Federal Public Defender's Office Eastern District of Texas, Tyler, TX, for Defendant-Appellant.

Before HIGGINBOTHAM, BENNAVIDES and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the appellees motion to vacate the district court judgment and remand the case is granted for sentencing anew. Defendant shall be given the opportunity to withdraw his plea.

IT IS FURTHER ORDERED that the appellees alternative motion for extension of time to file appellees brief until 20 days from denial of motion to vacate and remand is denied as unnecessary.

1. *See* 5th Cir. R. 47.6.

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.